# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09CR471 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CORNELL SMITH, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on December 13, 2017. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on February 13, 2018. The defendant admitted to the following violation: Law Violation – Failure to Register as a Sex Offender.

The magistrate judge filed a report and recommendation on February 13, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on March 7, 2018. Defendant Cornell Smith was present and represented by Attorney Timothy Ivey. The United States was represented by Assistant United States Attorney Michael Sullivan. United States Probation Officer Kenneth Urda was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of twenty-four (24) months, with credit for time served since his arrest on January 16, 2018.

The defendant shall pay the remaining balance of his special assessment in the amount of $75.00, through the Clerk of the U.S. District Court. Special assessment is due and payable immediately. The defendant shall pay 25% of defendant's gross income per month, through the Federal Bureau of Prisons Inmate Financial Responsibility Program.

No term of supervised release shall follow.

The defendant is remanded to the custody of the U.S. Marshal.

**IT IS SO ORDERED**.

Dated: March 7, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**